# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-05712-SPG-PVC | Date | August 7, 2025 |
| Title | Alex Aguiluz, et al. v. Flowers Foods, Inc., et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL WITH PREJUDICE

The parties filed a stipulation of dismissal with prejudice, (ECF No. 168), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 168-1), as moot, and all pending dates are vacated and taken off calendar.

:

Initials of Preparer   pg